**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | |
| vs. | 2:17-cr-00160-JAD-VCF |
| DEANDRE NAKITA BROWN, | **ORDER** |
| Defendant. | |

Before the court is the Motion to Withdraw as Counsel for Defendant (ECF No. 235). Shawn R. Perez, Esq. is asking to withdraw as counsel of record in three of Brown's cases. Pursuant to LR IC 2-1, it is counsel's responsibility to file the motion to withdraw as counsel in each case that he wishes to withdraw as counsel. Here, Mr. Perez has only filed the Motion to Withdraw as Counsel in the instant case. Mr. Perez should review the Local Rules on electronic case filing for future filings.

Accordingly,

The Clerk of Court is directed to file the Motion to Withdraw as Counsel for Defendant (ECF No. 235) in Case No. 17-cr-00035-KJD-GWF and Case No. 09-cr-00032-KJD-GWF.

DATED this 6th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE