UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>DEANDRE NAKITA BROWN,<br><br>　　　　　　　　　　Defendant. | Case No. 2:17-cr-00160-JAD-VCF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Preparation of A Pre Plea Presence Report (ECF No. 242), filed September 17, 2018. Upon review and consideration, the Court finds good cause exists to grant Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Preparation of A Pre Plea Presence Report (ECF No. 242) is **granted**.

**IT IS FURTHER ORDERED** that the Probation Department will prepare a Pre-Pleae Presentence Investigation Report on Defendant Deandre Nakita Brown.

Dated this 21st day of September, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1